**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**PROBATION DEPARTMENT**

SDNY P# 6247

**TO:** Jim Molinelli
Miscellaneous Clerk

**FROM:** Urshala Herald
U.S. Probation Officer

Re: Terrance Wilkenson
Dkt No. 22CR00113

Enclosed is a signed Prob 22 Transfer of Jurisdiction received by the U.S. Probation Department and is being forwarded to the Clerk's office for review and reassignment. Based on Terrance Wilkenson's residence, our office is requesting a White Plains judicial assignment. Please docket accordingly and forward a copy **via email**, so that we may take appropriate action.

Respectfully submitted,

Elisa Martinez
Chief U.S. Probation Officer

By: *Urshala Herald*
Urshala Herald
U.S. Probation Officer
212-805-5174

Approved By: *Urshala Herald (For)*

Daveena Tumasar
Supervisory U.S. Probation Officer
212-805-0063

**DATE: August 24, 2026**

PROB 22
(MD/PA 01/24)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 3:22CR00113-001 |
| DOCKET NUMBER *(Rec. Court)* | |

| | |
|---|---|
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | Terence Jab Wilkenson |
| DISTRICT | Middle District of Pennsylvania |
| DIVISION | Wilkes Barre |
| NAME OF SENTENCING JUDGE | Robert D. Mariani<br>United States District Judge |
| DATES OF PROBATION/ SUPERVISED RELEASE | FROM July 20, 2026 — TO July 19, 2030 |

OFFENSE

Possession with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Cocaine -- 21 U.S.C. § 841(a)(1) and (b)(1)(B)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Prosocial Ties

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

8/3/26
*Date*

[signature]
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Southern DISTRICT OF New York

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/24/2026
*Effective Date*

[signature]
*United States District Judge*